### Abdul-Aziz Rashid MUHAMMAD, Plaintiff-Appellant,

v.

Katherine LAYBOURN, Physician/Clinical Director (acting) (MD/CD); R. L. Hutchings, Associate Warden (AW); Charles E. Samuels, Jr., Director of Bureau of Prisons (DBOP); Unknown Others, Defendants-Appellees.

No. 16-6806

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Abdul-Aziz Rashid Muhammad, Appellant Pro Se.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul-Aziz Rashid Muhammad appeals the district court's order denying him leave to proceed in forma pauperis and dismissing his complaint without prejudice to his ability to refile upon payment of the fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Laybourn*, No. 3:15-cv-00762-HEH-RCY (E.D. Va. Apr. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*